

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00146-CV

Hari Prasad **KALAKONDA** and Latha **KALAKONDA**,
Appellants

v.

**SUSSER PETROLEUM OPERATING COMPANY, LLC**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-01790
Honorable Michael E. Mery, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the motion to dismiss is GRANTED and this appeal is DISMISSED FOR WANT OF JURISDICTION.

We ORDER that appellants, Hari Prasad Kalakonda and Latha Kalakonda, pay all costs, if any, incurred as a result of this appeal.

SIGNED April 20, 2016.

_____
Marialyn Barnard, Justice